IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:94CR96 | U.S.A. v. Santanus Chambers |
| 8:98CR140 | U.S.A v. Frank Shamburger |
| 8:99CR31 | U.S.A. v. Miquel Sanchez |
| 8:99CR125 | U.S.A. v. Christopher Sianis |
| 8:99CR171 | U.S.A. v. Daniel Pelsang |
| 8:99CR180 | U.S.A. v. Francisco Contreras |
| 8:99CR226 | U.S.A. v. Tammy Bauer, et al. |
| 8:99CR241 | U.S.A. v. Lopez-Villegas, et al. |
| 8:00CR6 | U.S.A. v. Jose Gonzalez |
| 8:00CR109 | U.S.A. v. George Miranda, et al |
| 8:00CR174 | U.S.A. v. Hugo G. Marquez |
| 8:00CR343 | U.S.A. v, Joel Clark |
| 8:02CR85 | U.S.A. v. Mendoza-Mesa |
| 8:02CR86 | U.S.A. v. Isabel Infante-Pineda, et al (remaining exhibits not sent back to jury) |
| 8:02CR87 | U.S.A. v. Erik Cabrera, et al |
| 8:02CR88 | U.S.A. v. Jeffrey Johnson |
| 8:02CR97 | U.S.A. v. Fernando Perez |
| 8:02CR104 | U.S.A. v. Anthony Lindahl |
| 8:02CR111 | U.S.A. v. Clifford Campbell |
| 8:02CR120 | U.S.A. v. Pedro Martinez-Ortiz |
| 8:02CR163 | U.S.A. v. Lilly Snow |
| 8:02CR165 | U.S.A. v. Edmond King |
| 8:02CR176 | U.S.A. v. Raymond John Otero, et al |
| 8:02CR183 | U.S.A. v. Jose Gutierrez, et al |
| 8:02CR195 | U.S.A. v. Jerrot Heath Clark |
| 8:02CR198 | U.S.A. v. John Q. Ladd |
| 8:02CR201 | U.S.A. v. Michael J. Seffron |
| 8:02CR204 | U.S.A. v. Abdul R. Muhammad |
| 8:02CR232 | U.S.A. v. Cirilo Armenta Garcia |
| 8:02CR339 | U.S.A. v. Dione T. Carter |
| 8:02CR344 | U.S.A. v. Richard Woodard |
| 8:02CR345 | U.S.A. v. Michael Karas |
| 8:02CR372 | U.S.A. v. Christen C. Bosse |
| 8:02CR400 | U.S.A. v. Jad Aref Hammad |
| 8:02CR403 | U.S.A. v. Charles Simet |
| 8:03CR9 | U.S.A. v. Len L. Stennis |
| 8:03CR29 | U.S.A. v. Terry Lynn Flesner |

| | |
|---|---|
| 8:03CR85 | U.S.A. v. Stacie O. Edmonson |
| 8:03CR139 | U.S.A. v. Mary Lewin and Dennis Sands |
| 8:03CR175 | U.S.A. v. John Buss |
| 8:03CR199 | U.S.A. v. Frank S. Gonzalez and Abraham Zubia |
| 8:03CR267 | U.S.A. v. Debra McClenton and Rodney Harrison |
| 8:03CR279 | U.S.A. v. Shawn Malesker |
| 8:03CR284 | U.S.A. v. Dabil Polvos |
| 8:03CR285 | U.S.A. v. Lisa A. Estes and Randy E. Stewart |
| 8:03CR448 | U.S.A. v. Kim Knecht |
| 8:03CR459 | U.S.A. v. Ernest Duncan |

DATED this 2nd day of November, 2004.

BY THE COURT

s/Thomas M. Shanahan
United States District Court